

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,891-01

### EX PARTE LEON JEFFERY ROBERTS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1436522-A IN THE 178TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of one to four grams of cocaine and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that his guilty plea was involuntary and his due process rights were violated. *See Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014). Applicant and the State prepared agreed findings of fact and conclusions of law and recommended that we grant relief. The

trial court signed these and also recommended that we grant relief. However, a copy of the lab report from the Harris County Institute of Forensic Sciences was not forwarded with the record. Therefore, the trial court shall order the District Clerk to forward a copy of the lab report.

This application will be held in abeyance until the record is supplemented. The lab report shall be forwarded to this Court within 45 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 14, 2015
Do not publish